IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN DWAYNE GAGEN,

    Petitioner,

v.

USA,

    Respondent.

ORDER

Case No. 23-cv-386-jdp

On June 6, 2023, petitioner John Dwayne Gagen filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the United States District Court for the Northern District of Iowa Case No. 23-cv-3024. On June 8, 2023, the Northern District of Iowa transferred the habeas petition to this court, and the case is now pending in this court and assigned case no. 23-cv-386-jdp. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 29, 2023. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 6, 2022 through the date of the petition, June 6, 2023.

ORDER

IT IS ORDERED that:

1. Petitioner John Dwayne Gagen may have until June 29, 2023, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 29, 2023, I will assume that petitioner wishes to withdraw this petition.

Entered this 8th day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge